# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

: **CRIMINAL NO. 3:00-133**

**v.**

: **(JUDGE MANNION)**

**JESSE TIRADO,**

:

**Defendant**

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendant Jesse Tirado's letter Motion for Compassionate Release and for Immediate Release to Home Confinement, (Doc. 700), is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction since he has failed to comply with §3582(c)(1)(A)'s exhaustion requirement.

**(2)** To the extent defendant's motion seeks immediate release to home confinement under the CARES Act, it is **DISMISSED** since the court lacks authority to grant such relief under the Act.

**(3)** Defendant's request for appointment of counsel, (Doc. 700 at 4), is **DENIED**.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 4, 2020**
00-133-01-Order